—— CLARK *v.* R. M. FIELD,

*(Practice.)*

MOTION by A. Aikens, of counsel for the complainant, for permission to inspect certain letters, &c., in the possession of the adverse party, which had been proved, as exhibits.

*Per Curiam.* The motion is denied, on the authority of the case of *Davers* v. *Davers,* 2 P. Wms. 410, and S. C. 2 Strange, 764.

BARZILLAI BURGESS and Others *v.* The Towns of GRAFTON & CHESTER,

*(Practice.)*

*Per Curiam.* The testimony, to be used on the hearing of the report of a road committee, should be in the form of depositions; and, if drawn up in the hand-writing of the adverse party, their agent, or attorney, it cannot be admitted.

Regularly, notice of the taking of depositions by the towns, in such cases, should be served on the first petitioner.

The testimony, in such cases, must be reduced to writing, unless it become necessary to verify a map or plan of the survey of the road, and of other roads in the vicinity, in which case witnesses may be examined, *viva voce,*